IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| COLLEEN DALE DOHENY, | ) | Civil Action No. 2:25-CV-00969-CBB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | United States Magistrate Judge Christopher B. Brown |
| | ) | |
| FRANK BISIGNANO, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant, | ) | |

**ORDER**

AND NOW, this 17th day of September, 2026, for the reasons explained in the Memorandum Opinion filed on this date, IT IS ORDERED that Plaintiff's Motion for Summary Judgment (ECF No. 8) is GRANTED. It is further ORDERED that the decision of the Commissioner of Social Security denying Plaintiff's claim for benefits is VACATED and the matter is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further development of the record.

BY THE COURT:

s/Christopher B. Brown
United States Magistrate Judge